IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RODERICK RASHON CARMICHAEL, #231802, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | CASE NO. 2:24-CV-532-RAH-JTA |
| LT. CALHOUN, ) ) ) | |
| Defendant. ) | |

**ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on January 2, 2025. (Doc. 5.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

DONE, on this the 28th day of January 2025.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE